

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

OCT 0 6 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**KHAI GROCERY & GIFTS, A SOLE
PROPRIETORSHIP D/B/A KHAI, and
CING NGAIH LIAN,** an Individual, and
**THANG LAM KHAI,** an Individual
Plaintiffs,

v.

**UNITED STATES OF AMERICA,**
Defendant.

CIVIL ACTION NO. _23-4167_

**COMPLAINT**

The Plaintiffs, KHAI GROCERY & GIFTS, a sole proprietorship d/b/a KHAI, CING

NGAIH LIAN, an Individual, and THANG LAM KHAI, an individual, file this Complaint against

the UNITED STATES OF AMERICA upon the grounds set forth herein, and in support thereof,

states as follows:

1.    The Plaintiffs own and operate a retail food store in Moline, IL named KHAI

GROCERY & GIFTS, a sole proprietorship d/b/a KHAI, (hereinafter "Khai").

2.    Khai was an authorized Supplemental Nutrition Assistance Program ("SNAP,"

formerly the Food Stamp Program) retailer.  The Plaintiffs were issued a Food and Nutrition

Service (FNS) authorization number by the United States Department of Agriculture (USDA).

Khai accepted Electronic Benefit Transfer (EBT) payments from SNAP participant households

in exchange for eligible food items.

3.    On February 13, 2023, the Defendant (acting through the USDA and its

subdivision, the "Food and Nutrition Service"), sent the Plaintiffs a Charge Letter pursuant to 7

C.F.R. §278.6.  The Charge Letter claimed that the Plaintiffs had violated the SNAP regulations

by Trafficking in SNAP benefits (defined in 7 C.F.R. §271.2).

4.    The Plaintiffs denied and defended against the Charging Letter, but on March 6, 2023 were permanently disqualified from SNAP. The Plaintiffs filed for an Administrative Review with the Defendant and argued that the disqualification should be reversed.

5.    The Administrative Review Branch of the FNS responded to the Plaintiffs' appeal and denied the Plaintiffs' claim. The Final Agency Decision, dated September 6, 2023, was received September 7, 2023.

6.    The Final Agency Decision notified the Plaintiffs that they have a right to seek Judicial Review pursuant to 7 U.S.C. §2023, and ask the Court to reverse the disqualification.

7.    This Judicial Appeal has been timely filed and seeks the reversal of the USDA's current decision to permanently disqualify the Plaintiffs from participating as a SNAP retailer.

## JURISDICTION

8.    This Court has subject matter jurisdiction over the matters raised by the Plaintiffs in this case pursuant to 7 U.S.C. §2023(17), and 7 C.F.R. §279.7. Furthermore, 28 U.S.C. §1331 gives this Court original jurisdiction over civil actions arising under the laws of the United States, for which the aforementioned statute and regulation qualify.

9.    Venue is appropriate in this District pursuant to 7 C.F.R.§279.7(a), 7 U.S.C. §2023(13) and 28 U.S.C. §1391(b) as Plaintiffs' business was owned and operated in Moline, Illinois, and because the facts giving rise the circumstances herein occurred in the Central District of Illinois.

## PARTIES

10.    The Plaintiff, KHAI GROCERY & GIFTS, a sole proprietorship d/b/a KHAI, and operates at 4512 Avenue of the Cities, Suite 101, Moline, IL 61265. Khai is referred to herein

with the other Plaintiffs collectively as "Khai". Khai is the licensed firm. See 7 U.S.C. §2018 and 7 U.S.C. §2023.

11. The Plaintiff, CING NGAIH LIAN, an Individual, is a natural person, and a resident of Illinois. Cing Ngaih Lian is an owner of the licensed firm, KHAI GROCERY & GIFTS, a sole proprietorship d/b/a KHAI and is referred to collectively with the other Plaintiffs as "Khai" herein.

12. The Plaintiff, THANG LAM KHAI, an individual, is a natural person, and a resident of Illinois. Thang Lam Khai is an owner of the licensed firm, KHAI GROCERY & GIFTS, a sole proprietorship d/b/a KHAI, and is referred to collectively with the other Plaintiffs as "Khai" herein.

13. The Defendant, the UNITED STATES OF AMERICA, acting through its agency, the United States Department of Agriculture (hereinafter referred to as the "USDA" or "Department"), and its subservice, the Food and Nutrition Service.

## COUNT I: REQUEST FOR JUDICIAL REVIEW

14. The Plaintiffs incorporate and restate each and every paragraph set forth above as though more fully set forth herein.

15. The Plaintiffs, pursuant to 7 U.S.C. §2023 and 7 C.F.R. §279.7 request a *de novo* judicial review of the permanent disqualification issued by the Defendant.

16. The Plaintiffs did not traffick in SNAP benefits. The transactions set forth in the Charge Letter did not occur as the result of trafficking but were the result of shopping habits of SNAP households and the store's inventory.

17. Furthermore, the Plaintiffs qualified for the issuance of a Civil Money Penalty, but their request was errantly denied by the Defendant.

18.    The Defendant's decisions to both disqualify the store and deny the issuance of a civil money penalty are both incorrect and inaccurate for those reasons set forth above, in addition to other reasons which may be discovered during the course of this case.

19.    Accordingly, the permanent disqualification of the Plaintiffs should be reversed as provided in 7 U.S.C. §2023.

WHEREFORE, the Plaintiffs, KHAI GROCERY & GIFTS, a sole proprietorship d/b/a KHAI, CING NGAIH LIAN, an Individual, and THANG LAM KHAI, an individual, respectfully ask this Court to reverse the disqualification issued by the Defendant.

Dated: 10/06/2023

Respectfully submitted,

Thang Lam Khai
Khai Grocery & Gifts d/b/a Khai
4512 Avenue of the Cities
Suite 101
Moline, IL 61265-4577
Telephone: (352) 354-2466
Email: thanglamkhai@gmail.com